BUSTER BOY SUIT CO., INC., Appellant, v. ABRAHAM GELLER, Respondent.—

It was proper to deny the motion because the defense may stand for what it is worth. It would appear that the proof may show that section 234, Debtor and Creditor Law (Cons. Laws, ch. 12), is applicable. The adequacy of the separate defense,

therefore, whether complete or partial, will have to be tested in the light of the proof adduced. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.